**3**

SHERYL K. ITH (SBN 225071)
sith@cookseylaw.com
JENNIFER H. WANG (SBN 242998)
jwang@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
(714) 431-1100; FAX: (714) 431-1145

Attorneys for Movant
CAB WEST, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>PETER WAYNE INGRAHAM,<br>SARAH ANN INGRAHAM,<br><br>Debtors.<br><br>CAB WEST, LLC,<br><br>Movant.<br><br>vs.<br><br>PETER WAYNE INGRAHAM, SARAH ANN INGRAHAM and J. MICHAEL HOPPER, Trustee,<br><br>Respondents. | Case No. 15-26861-B-7<br><br>CHAPTER 7<br><br>DC No. JHW-1<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date:       JANUARY 5, 2016<br>Time:      9:30 AM<br>Dept:       B - Ctrm 32, 6th Floor |

CAB WEST, LLC ("Movant") moves this court for relief from the automatic stay based on the following:

1.    Debtors entered into a Motor Vehicle Lease Agreement with Movant (the "Lease") for the lease of a 2014 FORD FUSION, VIN: 3FA6P0SU5ER380066 (the "Vehicle"). The Lease was assigned to Movant in the normal course of business. (Declaration of Tina Gritte; Exhibit "A" to the List of Exhibits, filed herewith).

2. At all times relevant herein Movant was, and is the lienholder of the Vehicle. Attached as Exhibit "B" to the List of Exhibits is a true and correct copy of the Certificate of Title evidencing Movant's interest in the Vehicle. (Declaration of Tina Gritte.)

3. Debtors are currently in default under the terms of the Lease for payments coming due September 30, 2015 through November 30, 2015, each in the amount of $702.17. (Declaration of Tina Gritte.)

4. Movant would exercise its rights and remedies under state law but for the automatic stay issued by this Court on the filing of the petition herein.

## GROUNDS FOR RELIEF

1. Pursuant to 11 U.S.C. §362(d)(1), cause exists to grant Movant the requested relief because Movant's interest in the Property is not adequately protected as follows:

(a) Movant's interest in the collateral is not protected by an adequate equity cushion.

(b) The fair market value of the property is declining and payments are not being made to the Movant sufficient to protect the Movant's interest.

WHEREFORE, Movant prays for an order:

1. Terminating the automatic stay as to Movant, its successors and assigns;

2. Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Vehicle;

3. That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived;

///
///
///
///
///

4. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

5. For such other and further relief as the court deems just and proper.

DATED: December 3, 2015

Respectfully submitted,

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
JENNIFER H. WANG
Attorneys for Movant