# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Peter Wayne Ingraham and Sarah Ann Ingraham | **Case No :** | 15–26861 – B – 7 |
| | | **Date :** | 01/05/2016 |
| | | **Time :** | 09:30 |
| **Matter :** | [47] – Motion for Relief from Automatic Stay [JHW–1] Filed by Creditor CAB West, LLC (Fee Paid $176) (eFilingID: 5683674) (ltas) | | |
| **Judge :** | Christopher D. Jaime | **Courtroom Deputy :** | Danielle Mobley |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The automatic stay is vacated with respect to the property described in the motion, commonly known as a: 2014 Ford motor vehicle, as to all parties in interest. Any party with standing may pursue its rights against the property pursuant to applicable non–bankruptcy law.

IT IS FURTHER ORDERED that the 14 day stay of Fed. R. Bank. P. 4001(a)(3) is waived.

All requests for attorney fees or other costs are denied with prejudice.

No other relief is authorized. Resolved without oral argument.

**Dated:** January 07, 2016

Christopher D. Jaime, Judge
United States Bankruptcy Court